UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
CATHERINE V. SIKORSKI and JOHN SIKORSKI,

                Plaintiffs,

-against-

FULTON CHEVROLET-CADILLAC CO., INC.,
FULTON CHEVROLET CO., INC., HIGH POINT
CHEVROLET, INC., FULTON/HIGH POINT
CHEVROLET GROUP HEALTH BENEFIT
PROGRAM, SIEBA, LTD., AVEMCO INSURANCE
COMPANY, and AVEMCO INSURANCE
AGENCY, INC.,

                Defendants.
———————————————————————X

STATEMENT PURSUANT TO RULE 7.1

BRIEANT

07 CIV. 3906

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs Catherine V. Sikorski and John Sikorski (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

        NONE.

Dated: May 14, 2007
       New Windsor, NY

Rider, Weiner & Frankel, P.C.
Attorneys for Plaintiff
655 Little Britain Road
New Windsor, NY 12553
(845)562-9100

By: _____
Jeffrey S.E. Sculley (JS7658)