STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

..................................................................................

Catherine V. Sikorski and John Sikorski                           07 CIV 3906

      against    Plaintiff(s)

Fulton Chevrolet-Cadillac Co., Inc., etc., and
AVEMCO Insurance Company                                         Defendant(s)

..................................................................................

RE : AVEMCO Insurance Company

Attorney for Plaintiff(s) and Defendant  please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Complaint in the above entitled action on May 25, 2007 at Albany, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

 Rider, Weiner & Frankel, P.C.
 P.O. Box 2280
 Newburgh,  New York 12550

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to  Defendant :

 John H. Ballard
 AVEMCO Insurance Company
 411 Aviation Way
 Frederick,  Maryland 21701

*[signature: Salvatore Castiglione]*

      by Salvatore Castiglione
      Assistant Deputy Superintendent & Chief

Dated Albany, New York, May 25, 2007
413620         C.A.#185320