UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

Index No: **07 CV 3906**

| | |
|---|---|
| Plaintiff/Petitioner: | **CATHERINE V. SIKORSKI AND JOHN SIKORSKI** |
| Defendant/Respondent: | **FULTON CHEVROLET-CADILLAC CO., INC. ET AL** |

STATE OF NEW YORK
COUNTY OF ORANGE        ss.:

**CATHERINE EDWARDS**, The undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen years and not a party to this action. I reside within the State of New York and that;

On **06/05/2007** at **1:11 PM**, I served the within **SUMMONS IN A CIVIL ACTION, CIVIL COVERSHEET, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, STATEMENT PURSUANT TO RULE 7.1, AND COMPLAINT** on **FULTON/HIGH POINT CHEVROLET GROUP HEALTH BENEFIT PROGRAM** at **ROUTE 6 &17M , Middletown, NY 10940** in the manner indicated below:

☑ CORPORATE SERVICE: By delivering a true copy of each to **JOHN WORTS, OFFICER** of the above named corporation. So served and authorized to accept service.

A description of the recipient, or other person served on behalf of the recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Gray | 65+ | 5'9"–6'0" | 160–199lbs |
| Other features: **GLASSES** | | | | | |

Sworn to and subscribed before me this
____ day of _____ June_____, 20___
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

X _____
CATHERINE EDWARDS
American-Process-Servers.com, Inc.
1662 Route 300, Suite 153
Newburgh, NY 12550
800.791.5872
Atty File#:   Our Job#: 18046

TARA GENTILE
Notary Public, State Of New York
Qualified In Orange County
Registration # 01GE6090838
Commission Expires April 21, 2011

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN  District of  NEW YORK

Catherine V. Sikorski and John Sikorski

V.

Fulton Chevrolet-Cadillac Co., Inc., Fulton Chevrolet Co., Inc., High Point Chevrolet, Inc., Sieba, Ltd., Fulton/High Point Chevrolet Group Health Benefit Program, Avemco Insurance Company, and Avemco Insurance Agency, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV. 3906

BRIEANT

TO: (Name and address of Defendant)

Fulton/High Point Chevrolet Group Health Benefit Program
Route 6 & 17M, PO Box 519
Middletown, NY 10940

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**  MAY 1 8 2007

CLERK  DATE

LORRAINE LOMBARDO

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | June 5, 2007 |
| NAME OF SERVER (PRINT) Catherine Edwards | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:   John Worts, Officer

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 11, 2007         *[signature]*
               *Date*                   *Signature of Server*

                      Catherine Edwards

                      *Address of Server*

**APS**
**Route 300 Professional Building**
**1662 Route 300, Suite 153**
**Newburgh, NY 12550**

*[inverted stamp: J. MICHAEL McMAHON]*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.