State of New York - Department of State
Receipt for Service

Receipt #: 200706200436
Date of Service: 06/20/2007
Service Company: 35 SERVICO - 35

Cash #: 200706200274
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: AVEMCO INSURANCE AGENCY, INC.

Plaintiff/Petitioner:
       SIKORSKI, CATHERINE V

Service of Process Address:
C/O NATIONAL REGISTERED AGENTS, INC.
875 AVENUE OF THE AMERICAS
SUITE 501
NEW YORK, NY 10001

Secretary of State
By  DONNA CHRISTIE

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV3906  
STATE OF NEW YORK   UNITED STATES DISTRICT COURT   

Purchased/Filed: May 18, 2007  
SOUTHERN DISTRICT

*Catherine V. Sikorski and John Sikorski*   Plaintiff

against

*Fulton Chevrolet-Cadillac Co., Inc., et al*   Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___June 20, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Statement and 3d Amended Instructions for Filing an Electronic Case or Appeal on

_____Avemco Insurance Agency, Inc._____, the Defendant in this action, by delivering to and leaving with ___Donna Christie___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __38__   Approx. Wt: __145__   Approx. Ht: __5'5"__  
Color of skin: __White__   Hair color: __Blonde__   Sex: __F__   Other: _____

Sworn to before me on this

__21st__ day of _____June, 2007_____

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0705311

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Catherine V. Sikorski and John Sikorski

**SUMMONS IN A CIVIL ACTION**

V.

Fulton Chevrolet-Cadillac Co., Inc., Fulton Chevrolet Co., Inc., High Point Chevrolet, Inc., Sieba, Ltd., Fulton/High Point Chevrolet Group Health Benefit Program, Avemco Insurance Company, and Avemco Insurance Agency, Inc.

CASE NUMBER:

**07 CIV. 3906**

TO: (Name and address of Defendant)

Avemco Insurance Agency, Inc.
411 Aviation Way
Frederick, MD 21701

BRIEANT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MAY 1 8 2007

**J. MICHAEL McMAHON**

CLERK
LORRAINE LOMBARDO                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  6/20/07 |
| NAME OF SERVER *(PRINT)*  Jessica Miller | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Donna Christie, Clerk, NYS Secretary of State under section 306BCL Female, White, Blonde Hair, 38yrs, 145lbs, 5'5

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/22/07
              Date

Signature of Server

Jessica Miller

Address of Server
283 Washington Ave
Albany NY  12206

Sworn to Me This 22nd day
of June, 2007

DONNA M. TIDINGS
Notary Public, State Of New York
No. 01TI4898570
Qualified In Albany County
Commission Expires June 15, 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.