State of New York - Department of State
Receipt for Service

Receipt #: 200705300262
Date of Service: 05/29/2007
Service Company: 35 SERVICO - 35

Cash #: 200705300242
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: SIEBA, LTD.

Plaintiff/Petitioner:
    SIKORSKI, CATHERINE V

Service of Process Address:
SIEBA, LTD.
111 GRANT AVE
PO BOX 5000
ENDICOTT, NY 13761

Secretary of State
By  CAROL VOGT

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CIV3906                                      Purchased/Filed: May 18, 2007
STATE OF NEW YORK     UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT

*Catherine V. Sikorski and John Sikorski*        Plaintiff

against

*Fulton Chevrolet-Cadillac Co., Inc., et al*        Defendant

STATE OF NEW YORK     SS.:
COUNTY OF ALBANY

____Jessica Miller____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____May 29, 2007____, at ____2:00 pm____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Civil Cover Sheet, Summons in a Civil Action, Complaint and Rule 7.1, 3rd Amended Instructions for Filing an Electronic Case or Appeal on ____Sieba, Ltd.____, the Defendant in this action, by delivering to and leaving with ____Carol Vogt____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __43__  Approx. Wt: __118__  Approx. Ht: __5'__
Color of skin: __White__  Hair color: __Brown__  Sex: __F__  Other: ____

Sworn to before me on this
__31st__ day of ____May, 2007____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0704552

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN   District of   NEW YORK

Catherine V. Sikorski and John Sikorski

V.

Fulton Chevrolet-Cadillac Co., Inc., Fulton Chevrolet Co., Inc., High Point Chevrolet, Inc., Sieba, Ltd., Fulton/High Point Chevrolet Group Health Benefit Program, Avemco Insurance Company, and Avemco Insurance Agency, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV. 3906**

**BRIEANT**

TO: (Name and address of Defendant)

Sieba, Ltd.
111 Grant Avenue, Suite 100, PO Box 5000
Endicott, NY 13760

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK   LORRAINE LOMBARDO

DATE   MAY 1 8 2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/29/07 |
| NAME OF SERVER (PRINT) JESSICA MILLER | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Carol Vogt, Clerk, NYS Secretary of State under section 306BCL
Female, White, Brown Hair, 43yrs, 118lbs, 5'

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/20/07
              Date

Signature of Server
JESSICA MILLER

Address of Server
283 WASHINGTON AVE
ALBANY NY 12206

SWORN TO ME THIS 20TH
DAY OF JUNE, 2007

DONNA M. TIDINGS
Notary Public, State Of New York
No. 01TI4898570
Qualified In Albany County
Commission Expires June 15, 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.