```
              State of New York - Department of State
                        Receipt for Service

Receipt #:  200706010420                    Cash #: 200706010381
Date of Service:  06/01/2007                Fee Paid: $40 - DRAWDOWN
Service Company:  35 SERVICO - 35

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
   CORPORATION LAW

Party Served:   FULTON CHEVROLET-CADILLAC CO. INC.


Plaintiff/Petitioner:
        SIKORSKI, CATHERINE V



Service of Process Address:
FULTON CHEVROLET-CADILLAC CO. INC.
ROUTE 6 & 17M
P.O. BOX 519
MIDDLETOWN,  NY 10940
                                            Secretary of State
                                            By   DONNA CHRISTIE
```

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CIV3906                                                          Purchased/Filed: May 18, 2007
STATE OF NEW YORK      UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT

                        *Catherine V. Sikorski and John Sikorski*                                    Plaintiff
                                            against
                        *Fulton Chevrolet-Cadillac Co., Inc., et al*                                 Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

           Jessica Miller          , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on    June 1, 2007   , at   2:00 pm  , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Civil Cover Sheet, Summons in a Civil Action, Complaint and Rule 7.1, 3rd Amended Instructions for Filing an Electronic Case or Appeal    on

    Fulton Chevrolet Co., Inc. nka Fulton Chevrolet-Cadillac Co. Inc.    , the

Defendant in this action, by delivering to and leaving with    Donna Christie   , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York,   2   true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of   40   dollars; That said service was made pursuant to Section  306 Business Corporation Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age:  38    Approx. Wt:  145    Approx. Ht:  5'5"
Color of skin:  White    Hair color:  Blonde    Sex:  F    Other:

Sworn to before me on this
 4th  day of     June, 2007

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0704551

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**

◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Catherine V. Sikorski and John Sikorski

**SUMMONS IN A CIVIL ACTION**

V.

Fulton Chevrolet-Cadillac Co., Inc., Fulton Chevrolet Co., Inc., High Point Chevrolet, Inc., Sieba, Ltd., Fulton/High Point Chevrolet Group Health Benefit Program, Avemco Insurance Company, and Avemco Insurance Agency, Inc.

CASE NUMBER: BRIEANT

07 CIV. 3906 SERVICO 35

TO: (Name and address of Defendant)

Fulton Chevrolet Co., Inc.
Route 6 & 17M, PO Box 519
Middletown, NY 10940

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON     MAY 1 8 2007

CLERK                                           DATE

LORRAINE LOMBARDO
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/1/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JESSICA MILLER | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Donna Christie, Clerk, NYS Secretary of State under section 306BCL Female, White, 38yrs, 145lbs, 5'5, Blond Hair

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/20/07
            Date

Signature of Server
JESSICA MILLER

Address of Server
283 WASHINGTON AVE
ALBANY NY  12206

SWORN TO ME THIS 20th
DAY OF JUNE, 2007

DONNA M. TIDINGS
Notary Public, State Of New York
No. 01TI4898570
Qualified In Albany County
Commission Expires June 15, 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.