STATE OF NEW YORK            )
                             )   ss.:
COUNTY OF ORANGE             )

    Cheryl R. Churney, being duly sworn, deposes and says:

    I am not a party of this action, am over 18 years of age, and reside at Newburgh, New York.

    On June 26, 2007, I served the within Order for Court Conference with Civil Case Discovery Plan and Scheduling Order via first class mail, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person at the last known address set forth after each name:

Richard Golden, Esq.
Burke, Miele & Golden
Attorneys for Fulton Chevrolet-Cadillac Co., Inc., Fulton Chevrolet Co., Inc.,
High Point Chevrolet, Inc., and Fulton/High Point Group Health Benefit Program
30 Matthews Street, Suite 303A
PO Box 216
Goshen, NY 10924

Steven Kent, Esq.
Wilson, Elser, Moskowitz, Edelman, & Dicker, LLP
Attorneys for Avemco Insurance Company and Avemco Insurance Agency, Inc.
150 East 42nd Street
New York, NY 10017

                                          _____
                                                    Cheryl R. Churney

Sworn to before me this
26th day of June, 2007.

_____
Notary Public

**CAROL M. SCHEER**
**Notary Public, State of New York**
**No. 01SC4742131**
**Qualified in Orange County**
**Commission Expires August 31, 20 09**