# MEMO ENDORSED

## BURKE, MIELE & GOLDEN, LLP

30 MATTHEWS STREET
SUITE 303A
POST OFFICE BOX 216
GOSHEN, N.Y 10924
(845) 294-4080
FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

PHYLLIS A. INGRAM **
DENNIS J. MAHONEY, III
KELLY M. NAUGHTON ***
F. MICHELE COOPER
JOSEPH P. MCGLINN (1941-2000)

* ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & CONNECTICUT
*** ALSO ADMITTED IN MASSACHUSETTS

ROCKLAND COUNTY OFFICE:
100 WASHINGTON AVENUE
POST OFFICE BOX 597
SUFFERN, N.Y. 10901
(845) 357-7500
(845) 357-7321 (FAX)

REPLY TO: ☑ ORANGE CO.
☐ ROCKLAND CO.

Respond to Post Office Box

June 25, 2007

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Catherine V. Sikorski and John Sikorski v. Fulton Chevrolet-Cadillac Co., Inc., et al
07 CIV 3906

Dear Judge Brieant:

This letter is to request Court approval of an extension of time to answer the complaint in this matter and assert any cross claims that may be appropriate on behalf of our clients, Fulton Chevrolet-Cadillac Co., Inc., Fulton Chevrolet Co., Inc., High Point Chevrolet, Inc., Fulton/High Point Chevrolet Group Health Benefit Program, until July 16, 2007.

Counsel for Plaintiffs and Defendants Avemco Insurance have consented to this extension of time. The reason for my request for this extension is that I was engaged today by my new client to defend them in this action. They were served with a copy of the complaint on June 5, 2007. It is my understanding from my conversation with my client today that there are substantial documents that would need to be reviewed prior to submitting an answer.

Thank you for your consideration of this request.

Respectfully,

RICHARD B. GOLDEN

Cc: Michael Matsler, Esq., Attorney for Plaintiffs
Steven Kent, Attorney for Defendants Avemco Insurance Company
And Avemco Insurance Agency, Inc.

*[Handwritten annotation in left margin:]* Application Granted SO ORDERED Charles Brieant June 25, 2007