UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
CATHERINE V. SIKORSKI and JOHN SIKORSKI,   :   **07 - CIV-3906**
**(CLB)**
Plaintiffs,   :

-against-   :   **STIPULATION AND ORDER**

FULTON CHEVROLET-CADILLAC CO, INC.,
FULTON CHEVROLET CO., INC., HIGH POINT
CHEVROLET, INC., FULTON/HIGH POINT CHEVROLET
GROUP HEALTH BENEFIT PROGRAM, SIEBA, LTD.,
AVEMCO INSURANCE COMPANY and AVEMCO
INSURANCE AGENCY, INC.,

Defendants.
-----------------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, attorneys on behalf of their respective clients, that the time for the defendants AVEMCO INSURANCE COMPANY, INC. and AVEMCO INSURANCE AGENCY, to answer the complaint or otherwise move for relief is extended until July 17, 2007.

**IT IS FURTHER STIPULATED AND AGREED** that the stipulation may be signed in counterparts and such signatures be delivered via facsimile or e-mail, and may be filed by facsimile or electronically with the Court.

Dated:   New York, New York
June 22, 2007

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

By: _____
Steven Kent (SK-7209)
Attorneys for Defendants
Avemco Insurance Company and
Avemco Insurance Agency, Inc.
150 East 42nd Street
New York, New York 10017
(212) 490-3000

RIDER, WEINER & FRANKEL, P.C.

By: _____
Jeffrey S.E. Scully (JS-7658)
Attorneys for Plaintiffs
655 Little Britain Road
New Windsor, New York 12553
(845) 562-9100

**SO ORDERED:**

_____
U.S.D.J.

dated. June 26, 2007

2858055.1