UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────X
CATHERINE V. SIKORSKI AND JOHN SIKORSKI    STIPULATION EXTENDING TIME
                                            TO ANSWER COMPLAINT
                   Plaintiffs,

   -against-                              07 Civ 3906 (CLB)(LMS)

FULTON CHEVROLET-CADILLAC CO., INC.,
FULTON CHEVROLET CO., INC., HIGH POINT
CHEVROLET, INC., SIEBA, LTD., FULTON/HIGH
POINT CHEVROLET GROUP HEALTH BENEFIT
PROGRAM, AVEMCO INSURANCE COMPANY,
and AVEMCO INSURANCE AGENCY, INC.,

                   Defendants.
──────────────────────────────────X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel representing the plaintiffs Catherine V. Sikorski and John Sikorski and defendant Sieba, Ltd., that the time for defendant Sieba, Ltd. to respond to the summons and complaint in this action is extended to and including July 27, 2007.

Dated: June 27, 2007
       New Windsor, NY

Rider, Weiner & Frankel, P.C.          L'Abbate, Balkan, Colavita & Contini, LLP
Attorneys for Plaintiffs                Attorneys for Defendant Sieba, Ltd.
655 Little Britain Road                 1001 Franklin Avenue
New Windsor, NY 12553                   Garden City, NY 11530
(845)562-9100                           (516)294-8844

By: _____             By: _____
    Jeffrey S.E. Sculley (JS7658)              Peter L. Contini (PC0169)


SO ORDERED:
_____                 Date: July 9, 2007
UNITED STATES DISTRICT JUDGE