AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

**VIRGINIA DAYAN**, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in KINGS County;

That on the 12th day of July, 2007, deponent served the within document(s) entitled **MEMORANDUM OF LAW** upon:

TO:   RIDER, WEINER & FRANKEL, P.C.            BURKE, MIELE & GOLDEN, LLP
      Attorneys for the Pl655 Little Britain   Attorneys for Defendants
      Road                                     Fulton Chevrolet-Cadillac Co., Inc.,
      New Windsor, New York 12553              Fulton Chevrolet Co., Inc.
      (845) 562-9100                           High Point Chevrolet, Inc. and
                                               Fulton/High Point Chevrolet
      Sieba Ltd.                               Group Health Benefit Program
      111 Grant Avenue                         30 Mathews Street
      Suite 100                                Suite 303A
      P.O. Box 5000                            P.O. Box 216
      Endicott, New York                       Goshen, New York 10924
                                               (845) 294-4080

at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed via **FEDERAL EXPRESS OVERNIGHT MAIL.**

_____
VIRGINIA DAYAN

Sworn to before me this
13th day of July, 2007

_____
Notary Public

SHEREE CROMER
Notary Public, State of New York
No. 4704701
Qualified in Queens County
Commission Expires Dec. 31, 2009

2884935.1