AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

**VIRGINIA DAYAN**, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in KINGS County;

That on the 12th day of July, 2007, deponent served the within document(s) entitled **NOTICE OF MOTION TO DISMISS COMPLAINT** upon:

TO:  RIDER, WEINER & FRANKEL, P.C.        BURKE, MIELE & GOLDEN, LLP
     Attorneys for the Pl655 Little Britain   Attorneys for Defendants
     Road                                   Fulton Chevrolet-Cadillac Co., Inc.,
     New Windsor, New York  12553           Fulton Chevrolet Co., Inc.
     (845) 562-9100                         High Point Chevrolet, Inc. and
                                            Fulton/High Point Chevrolet
     Sieba Ltd.                             Group Health Benefit Program
     111 Grant Avenue                       30 Mathews Street
     Suite 100                              Suite 303A
     P.O. Box 5000                          P.O. Box 216
     Endicott, New York                     Goshen, New York 10924
                                            (845) 294-4080

at the address(es) designated by said attorney(s) for that purpose by sending via **FEDERAL EXPRESS OVERNIGHT MAIL**.

_____
VIRGINIA DAYAN

Sworn to before me this
13th day of July, 2007

_____
Notary Public

SHEREE CROMER
Notary Public, State of New York
No. 4704701
Qualified in Queens County
Commission Expires Dec. 31, 200_

2884928.1