RIDER, WEINER & FRANKEL, P.C.
ATTORNEYS & COUNSELLORS AT LAW

DAVID L. RIDER
CHARLES E. FRANKEL
MICHAEL J. MATSLER
DONNA M. BADURA
MAUREEN CRUSH
MARK C. TAYLOR
RODERICK E. DE RAMON
M. JUSTIN RIDER (NY AND FL)
SHAY A. HUMPHREY
JEFFREY S.E. SCULLEY (NY AND IL)
MICHELLE F. RIDER (NY AND FL)

655 LITTLE BRITAIN ROAD
NEW WINDSOR, NEW YORK 12553

(MAILING ADDRESS:)
POST OFFICE BOX 2280
NEWBURGH, NEW YORK 12550
TEL. (845) 562-9100
FAX (845) 562-9126

M.J. RIDER (1906-1968)
ELLIOTT M. WEINER (1915-1990)

STEPHEN P. DUGGAN, III
BRUCE C. DUNN, SR.
COUNSEL

MOACYR R. CALHELHA
CRAIG F. SIMON
DAVID E. TOWER
OF COUNSEL

firm@riderweiner.com
www.riderweiner.com

July 17, 2007

Via Federal Express Overnight Delivery

Hon. Charles L. Brieant, U.S.D.J.
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:  Catherine V. Sikorski and John Sikorski v. Fulton Chevrolet-Cadillac Co., Inc., et al
     Case No. 07 Civ 3906 (CLB)
     Our File No. 3477.1

Dear Judge Brieant:

We are counsel for the plaintiffs in the above-referenced action. Enclosed please find the proposed case management plan agreed to by counsel for all parties.

Counsel for the Avemco defendants, Steven Kent, has filed a motion to dismiss, presently returnable July 20, 2007. The motion date has been adjourned upon consent of all parties to September 14, 2007, and as discussed with your chambers, we respectfully request that the court conference scheduled for July 20, 2007 be adjourned to September 14, 2007 as well. This adjournment will enable the parties to meet to discuss disclosure and potential resolution of some or all relative claims and defenses, as well as allow the plaintiffs the opportunity to evaluate the Avemco defendants' motion to dismiss.

If it please the Court, kindly confirm that our joint request for an adjournment of the motion return date and court conference may be adjourned to September 14, 2007.

Sincerely,

Jeffrey S.E. Sculley

JSES:crc
cc:  Steven Kent, Esq. (via fax: 212-490-3038)
     Peter Contini, Esq. (via fax: 516-294-8202)
     Rick Golden, Esq. (via fax: 294-7673)