UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CATHERINE V. SIKORSKI and JOHN SIKORSKI,   Docket No. 07 Civ. 3906
                                          (CLB) (LMS)
                Plaintiffs,

                                                                     **RULE 7.1 STATEMENT**

  - against -

FULTON CHEVROLET-CADILLAC CO., INC.,
FULTOIN CHEVROLET CO., INC., HIGH POINT
CHEVROLET, INC., SIEBA, LTD., FULTON/HIGH
POINT CHEVROLET GROPU HEALTH BENEFIT
PROGRAM, AVEMCO INSURANCE COMPANY,
And AVEMCO INSURANCE AGENCY, INC.,

                Defendants.
------------------------------------------------------------------x

       Defendant, Sieba, Ltd, by its attorneys, L'Abbate, Balkan, Colavita & Contini, L.L.P., as and for its disclosure statement required by Fed.R.Civ.P. 7.1 sets forth the following:

       Sieba, Ltd. does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:       Garden City, New York
                July 19, 2007

                                              Respectfully submitted,

                                              L'ABBATE, BALKAN, COLAVITA
                                              & CONTINI, L.L.P.

                                              By: _____
                                              Peter L. Contini, Esq. (PC 0169)
                                              Attorneys for Defendant
                                              Sieba Ltd.
                                              1001 Franklin Avenue, Third Floor
                                              Garden City, New York  11530
                                              (516)  294-8844

TO:   Jeffrey S.E. Sculley, Esq.
      RIDER, WEINER & FRANKEL, P.C.
      Attorneys for Plaintiff
      655 Little Britain Road
      New Windsor, New York 12553
      (845) 562-9100

      Richard Golden, Esq.
      BURKE, MIELE & GOLDEN, LLP
      Attorneys for Defendants
      Fulton Chevrolet-Cadillac Co., Inc.,
      Fulton Chevrolet Co., Inc.,
      Highpoint Chevrolet, Inc. and
      Fulton/High Point Chevrolet
      Group Health Benefit Program
      30 Matthews Street, Suite 303A
      P. O. Box 216
      Goshen, New York 10924
      (845) 294-4080

      Steven Kent, Esq.
      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
      Attorneys for Defendants
      Avemco Insurance Company and
      Avemco Insurance Agency, Inc.
      150 East 42nd Street
      New York, New York 10017-5639
      (212) 490-3000

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) SS.:
COUNTY OF NASSAU           )

**KAREN R. LUCERO**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides at Nassau County, New York.

That on the 19th day of July, 2007, deponent served the within **RULE 7.1 STATEMENT** upon:

Jeffrey S.E. Sculley, Esq.
RIDER, WEINER & FRANKEL, P.C.
Attorneys for Plaintiff
655 Little Britain Road
New Windsor, New York 12553
(845) 562-9100

Richard Golden, Esq.
BURKE, MIELE & GOLDEN, LLP
Attorneys for Defendants
Fulton Chevrolet-Cadillac Co., Inc.,
Fulton Chevrolet Co., Inc.,
Highpoint Chevrolet, Inc. and
Fulton/High Point Chevrolet
Group Health Benefit Program
30 Matthews Street, Suite 303A
P. O. Box 216
Goshen, New York 10924
(845) 294-4080

Steven Kent, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
Attorneys for Defendants
Avemco Insurance Company and
Avemco Insurance Agency, Inc.
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

**KAREN R. LUCERO**

Sworn to before me this 19th day of July, 2007.

_____
Notary Public

PETER L. CONTINI
Notary Public, State of New York
No. 4637417
Qualified in Suffolk County
Commission Expires July 31, 20_10_