UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CATHERINE V. SIKORSKI AND JOHN SIKORSKI     PLAINTIFF'S INITIAL RULE 26
                                            DISCLOSURE
                      Plaintiffs,

       -against-                            07 Civ 3906 (CLB)(LMS)

FULTON CHEVROLET-CADILLAC CO., INC.,
FULTON CHEVROLET CO., INC., HIGH POINT
CHEVROLET, INC., SIEBA, LTD., FULTON/HIGH
POINT CHEVROLET GROUP HEALTH BENEFIT
PROGRAM, AVEMCO INSURANCE COMPANY,
and AVEMCO INSURANCE AGENCY, INC.,

                      Defendants.
------------------------------------------------------------X

       PLEASE TAKE NOTICE that, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, plaintiffs Catherine V. Sikorski and John Sikorski, state as follows:

I.     <u>Persons believed to have discoverable information that plaintiff may use to support its claims</u>.

       1.      Mrs. Catherine Sikorski, plaintiff, who may be reached through the undersigned counsel. Mrs. Sikorski will testify <u>inter alia</u> regarding the steps taken in notifying defendants of her medical condition, treatment and hospitalization, obtaining authorization from the Plan and confirmation of coverage, demanding payment of her medical bills, the health care providers' threats of lawsuit for nonpayment, and defendants' failure to pay.

       2.      Mr. John Sikorski, plaintiff, who may be reached through the undersigned counsel. Mr. Sikorski will testify <u>inter alia</u> as to his employment with High Point Chevrolet, his participation in the insurance plan, the premiums for the insurance plan deducted from his wages by the employer, notification of his wife's medical conditions and hospitalization, confirmation of coverage by the plan and his employer, the threats of legal action by his wife's medical providers for nonpayment, and defendants' failure to pay.

3.   Mr. John Worts, President and/or Chief Executive Officer of Fulton/High Point Chevrolet-Cadillac Co., Inc., Registered Agent of High Point Chevrolet, and, upon information and belief, manager of the Fulton/High Point Chevrolet Group Health Benefit Program, who may be reached at the offices of Fulton/High Point Chevrolet-Cadillac Co., Inc. Mr. Worts will be asked to testify inter alia as to plaintiff John Sikorski's employment, the formation and administration of the dealership's group health insurance plan and related insurance, the reasons for termination of the dealership's insurance plan, adoption of a new plan, the negotiations thereof, and the plaintiffs' notification and confirmation of Catherine Sikorski's medical treatment and hospitalization; and demands for payment.

4.   Mr. Tom Worts, President of High Point Chevrolet, Inc., who may be reached at the offices of High Point Chevrolet, Inc. Mr. Worts will be asked to testify inter alia as to plaintiff John Sikorski's employment, the formation and administration of the dealership's group health insurance plan and related insurance, the reasons for termination of the dealership's insurance plan, adoption of a new plan, the negotiations thereof, and the plaintiffs' notification and confirmation of Catherine Sikorski's medical treatment and hospitalization; and demands for payment.

5.   Ms. Lori Pritchard, upon information and belief, Office Manager of Fulton/High Point Chevrolet-Cadillac Co., Inc., may be reached at the offices of Fulton/High Point Chevrolet-Cadillac Co., Inc. Ms. Pritchard will be asked to testify inter alia as to the company's group health insurance plans, medical coverage for employees and spouses, Mr. Sikorski's employment and enrollment in the dealership's insurance plan and Mrs. Sikorski's status as beneficiary; premiums deducted from Mr. Sikorksi's wages; notification of Mrs. Sikorski's medical treatment and hospitalization; and the plan's processing and administration of the claims and reasons for nonpayment.

RIDER, WEINER & FRANKEL, P.C.
P. O. BOX 2280   •   NEWBURGH, N.Y. 12550   •   (845) 562-9100

6. Ms. Karen Baxendale, Account Manager of defendant Sieba, Ltd., who may be reached at Sieba's offices. Ms. Baxendale will be asked to testify as to her administration of the Fulton/High Point Chevrolet Benefit Plan, and the receipt, review, and processing of claims arising thereunder of plaintiff Catherine Sikorski, including notification and preauthorizations for services obtained on behalf of Catherine Sikorski, and demands for payment.

7. Ms. Sheila Thompson, title unknown, Mr. Dick DoBell, title unknown, and Ms. Kate Roberts, Director of Claims Management, all of defendant Sieba, Ltd., who may be reached at Sieba's offices. Ms. Thompson, Mr. DoBell, and Ms. Roberts will be asked to testify as to the administration of the Fulton/High Point Chevrolet Benefit Plan, and the receipt, review, and processing of claims arising thereunder of plaintiff Catherine Sikorski, including notification and preauthorizations for services obtained on behalf of Catherine Sikorski, and demands for payment.

8. Diversified Concepts, the "broker consultant" of the dealership's group health benefit plan, who may be reached at Diversified's offices. Diversified will be asked to testify as to its knowledge of the Plan and the administration thereof.

9. Mr. Ken Hutchings, title unknown, of Anchor Group, the replacement "Broker Consultant" of the dealership group health benefit plan, who may be reached at the offices of Anchor Group. Mr. Hutchings will be asked to testify as to his knowledge of the Plan and the administration thereof.

10. Hackensack University Medical Center ("HUMC"), PO Box 48027, Newark, NJ 07101; telephone number (201)996-2000. HUMC will be asked to testify as to the medical services rendered to plaintiff Catherine Sikorski, the cost of such services, insurance information provided by the plaintiffs, authorization from defendants' insurers, bills and EOBs sent to the insurers, the amounts received in payment towards those services, and the amounts remaining outstanding and unpaid.

3

11.     Dr. Marcelo E. Lancman, Epilepsy & Neurophysiology, 690 Broadway, Suite 102, North White Plains, NY 10603; telephone number (914)428-3651. Dr. Lancman will be asked to testify as to medical services rendered to plaintiff Catherine Sikorski, the cost of such services, insurance information provided by the plaintiffs, authorization from defendants' insurers, bills and EOBs sent to the insurers, the amounts received in payment towards those services, and the amounts remaining outstanding and unpaid.

12.     Dr. Arno Fried, Neurosurgeon, of Hackensack University Medical Center, address and telephone number above in ¶12. Dr. Fried will be asked to testify as to medical services rendered to plaintiff Catherine Sikorski, the cost of such services, insurance information provided by the plaintiffs, authorization from defendants' insurers, bills and EOBs sent to the insurers, the amounts received in payment towards those services, and the amounts remaining outstanding and unpaid.

13.     Hackensack Anesthesia Associates ("HAA"), PO Box 34059, Newark, New Jersey 07189; telephone number (877)797-8700. HAA will be asked to testify as to medical services rendered to plaintiff Catherine Sikorski, the cost of such services, insurance information provided by the plaintiffs, authorization from defendants' insurers, bills and EOBs sent to the insurers, the amounts received in payment towards those services, and the amounts remaining outstanding and unpaid.

II.     <u>Documents which Plaintiff May Use to Support its Claims in this Case.</u>

1.     Documents contained in plaintiffs' files consisting of correspondence, electronic mail, benefit plan description, amendments thereto, invoices and explanation of benefit forms ("EOBs") from plaintiff's physicians and hospital providers. Copies of all plaintiffs' documents pertaining to the subject action are annexed hereto.

RIDER, WEINER & FRANKEL, P.C.
P.O. BOX 2280 • NEWBURGH, N.Y. 12550 • (845) 562-9100

III.     Computation of Damages Claimed by Plaintiff. Plaintiffs' damages consist of the outstanding medical bills incurred while a participant under the dealership's group health benefit plan, totaling approximately $432,000; and statutory attorneys fees and costs in an amount to be determined.

IV.     Insurance.

Not applicable.

V.     Amendments.

Plaintiffs reserve the right to supplement, amend or modify its initial disclosures under Fed. R. Civ. Pro. 26.

Dated: July 24, 2007          Rider, Weiner & Frankel, P.C.
New Windsor, NY              Attorneys for Plaintiff
                             655 Little Britain Road
                             New Windsor, NY 12553
                             (845) 562-9100

                             By: _____
                             Jeffrey S.E. Sculley (JS7658)

TO:    Richard Golden, Esq.
       Burke, Miele & Golden
       Attorneys for Dealership Defendants and Group Health Benefit Program
       30 Matthews Street, Suite 303A
       PO Box 216
       Goshen, NY 10924

       Peter L. Contini, Esq.
       L'Abbate, Balkan, Colavita & Contini, LLP
       Attorneys for Defendant Sieba, Ltd.
       1001 Franklin Avenue
       Garden City, NY 11530

       Steven Kent, Esq.
       Wilson, Elser, Moskowitz, Edelman, & Dicker, LLP
       Attorneys for Avemco Defendants
       150 East 42nd Street
       New York, NY 10017

STATE OF NEW YORK    )
                                        ss.:
COUNTY OF ORANGE    )

Cheryl Churney, being duly sworn, deposes and says:

I am not a party of this action, am over 18 years of age, and reside at Newburgh, New York.

On July 25th, 2007, I served the within Plaintiffs' Rule 26 Initial Disclosures via first class mail by depositing a true copy thereof in a sealed postage paid envelope in an official depository of the United States Postal Service within the State of New York, addressed to the following person at the last known address:

Richard Golden, Esq.
Burke, Miele & Golden
Attorneys for Dealership Defendants and Group Health Benefit Program
30 Matthews Street, Suite 303A
PO Box 216
Goshen, NY 10924

Peter L. Contini, Esq.
L'Abbate, Balkan, Colavita & Contini, LLP
Attorneys for Defendant Sieba, Ltd.
1001 Franklin Avenue
Garden City, NY 11530

Steven Kent, Esq.
Wilson, Elser, Moskowitz, Edelman, & Dicker, LLP
Attorneys for Avemco Defendants
150 East 42nd Street
New York, NY 10017

_____
Cheryl Churney

Sworn to before me this
25th day of July, 2007.

_____
Notary Public

TRACI L. NESTVED
Notary Public, State of New York
Qualified in Orange County
Reg. No. 01NE6023644
Commission Expires April 26, 2011

EXHIBIT "A"

DUE TO THE VOLUMINOUS NATURE OF THE PLAINTIFFS' DOCUMENTS, WE ARE ANNEXING THIS EXHIBIT WITH A DOCUMENT INDEX IN LIEU OF THE ACTUAL DOCUMENTS FOR ELECTRONIC FILING PURPOSES. ALL DOCUMENTS LISTED ON THE ANNEXED INDEX HAVE BEEN SERVED VIA POSTAL SERVICE UPON ALL PARTIES.

PLAINTIFFS' INDEX TO DOCUMENTS (BATES STAMPED)

| Bates | Description |
|---|---|
| 0000000 - 0000001 | Sikorski Handwritten Notes |
| 0000002 | Summary of Outstanding/Unpaid Balances |
| 0000003 - 0000004 | Amendment #1 to Fulton/High Point Chevrolet Employee Health Plan |
| 0000005 - 0000006 | Sikorski Letter 11/20/06 to US Department of Labor |
| 0000007 | Sikorski Letter to Eliot Spitzer |
| 0000008 | Attorney General Letter 2/2/04 to Sikorski |
| 0000009 | Mark L. Nichter P.C. Letter 8/14/06 to Sikorski |
| 0000010 | Fulton Chevrolet 1/18/06 Letter to Sikorski |
| 0000011 - 0000013 | Sikorski Fax to Fulton Chevrolet with Attachments |
| 0000014 | Mark L. Nichter PC Letter 7/12/06 to Sikorski |
| 0000015 - 0000016 | Sieba, Ltd. Fa 3/4/04 with Attachment to Sikorski |
| 0000017 | HUMC Charges 10/14/02 |
| 0000018 | Sikorski Handwritten Notes |
| 0000019 | Summary of Outstanding/Unpaid Balance |
| 0000020 | Chart of Charges |
| 0000021 - 0000022 | Epilepsy & Neurophysiology Statements |
| 0000023 | Sieba, Ltd. EOB |
| 0000024 - 0000028 | HUMC Statement with Invoice Detail |
| 0000029 - 0000030 | Fulton Fax Transmittal 10/3/05 with Draft Letter |
| 0000031 | Sikorski Letter 12/20/05 to Peter Harvey, A.G. |
| 0000032 | Fulton Letter to Sikorski 1/18/06 |
| 0000033 | 1/6/06 New Jersey Department of Banking & Insurance Letter to Sikorski |
| 0000034 - 0000063 | New Jersey Department of Banking & Insurance Fax 3/23/06 to Sikorski with Exhibits |
| 0000064 - 0000069 | Sikorski Fax to Sieba 4/26/07 and Letters |
| 0000070 | Sikorski Handwritten Notes |
| 0000071 - 0000102 | Fulton High Point Employee Benefit Health Plan Booklet With Amendment #1 |
| 0000103 - 0000105 | TAG Third Party Director |
| 0000106 - 0000110 | Qualifying Medical Care Expenses from Sieba Website |
| 0000111 - 0000112 | Multiplan.Com Web pages |
| 0000113 - 0000120 | Horizon BCBS EOB |
| 0000121 | Sikorski Handwritten Notes |
| 0000122 | Sieba EOB |
| 0000123 | Horizon BCBS EOB |
| 0000124 | Epilepsy & Neurophysiology Statement 3/5/02 |
| 0000125 - 0000139 | Sieba EOBs |
| 0000139 - 0000143 | Sikorski Handwritten Notes |

PLAINTIFFS' INDEX TO DOCUMENTS (BATES STAMPED)

| Bates Range | Description |
|---|---|
| 0000143 - 0000144 | HUMC Statement with Preauthorization Code FT1010 |
| 0000145 - 0000146 | Sieba Fax 3/4/04 with EOB (for HUMC charges of $374,642.42) |
| 0000147 - 0000212 | Sikorski Fax to Employee Benefits Society 1/18/07 with Exhibits |
| 0000213 - 0000215 | Regional and District EBSA Offices |
| 0000216 | Sikorski Handwritten Notes re: NJ Department of Insurance |
| 0000217 - 0000219 | Confirmation of Assistance NJ Division of Insurance |
| 0000220 | Sikorski Letter 10/2/03 to High Point requesting plan coverage under Horizon Blue Cross Blue Shield and Sieba, Ltd. |
| 0000221 | Summary of Outstanding/Unpaid Balances totaling $468,264.42 |
| 0000222 - 0000226 | Sikorski Handwritten notes |
| 0000227 | Office of Health Plan Standards and Compliance Assistance with handwritten notes |
| 0000228 - 0000235 | Sikorski Fax 1/19/07 to New York Attorney General Consumer Fraud Department with attachments |
| 0000236 | Attorney General Letter 1/22/07 to Sikorski declining assistance |
| 0000237 | Sikorski Handwritten Notes |
| 0000238 | Sikorski Letter 1/21/04 to Eliot Spitzer |
| 0000239 - 0000247 | Sikorski Letter 3/4/04 to Employee Benefits Society with exhibits |
| 0000248 - 0000445 | Horizon BCBS chart of claims, certificate of group health plan coverage, handwritten notes; Horizon correspondence with Sikorski; Horizon EOBs and statements of payment |
| 0000446 - 0000476 | Sikorski Faxes and Letters to HUMC requesting unpaid or outstanding balances; HUMC detailed invoice; HUMC statements; dunning letters |
| 0000477 - 0000486 | Summary of Outstanding/Unpaid Balance re: HUMC Anesthesia Associates with invoices, Sieba EOB; dunning notices |
| 0000487 - 0000505 | Epilepsy & Neurophysiology invoices; Sikorski letters; Sieba EOB; dunning notices |
| 0000506 - 0000655 | Sikorski Handwritten notes; HUMC correspondence; HUMC statements; dunning notices |
| 0000656 | Sikorski Handwritten Notes |
| 0000657 | Sikorski Letter to High Point 10/2/03 |

PLAINTIFFS' INDEX TO DOCUMENTS (BATES STAMPED)

| | |
|---|---|
| 0000658 | Fulton Fax 4/1/05 from Lori Pritchard to Sikorski requesting copies of unpaid bills regarding July/August surgery, states she has detailed HUMC bill, needs other doctor and lab bills |
| 0000659 | Sikorski Handwritten notes 3/22/06 - 9/13/06 |
| 0000660 | Sikorski Letter 4/13/05 to James Lytle at Manatt, Phelps & Phillips, LLP |
| 0000661 - 0000674 | Manatt, Phelps & Phillips Letters to Horizon BCBS, Anchor Group, HUMC; Sieba; Avemco; Anchor Group; and Catherine Sikorski as counsel for Fulton to try to resolve outstanding medical bills |
| 0000675 - 0000683 | Sikorski Fax 9/13/06 to Manatt, Phelps forwarding outstanding sums owed to HUMC with attachments |
| 0000684 - 0000685 | Manatt Phelps Letter 5/10/06 to Sikorski enclosing Horizon BCBS spreadsheet of payments made, and that Horizon wil be sending $8,400 to HUMC as payment in full for 8/1/02 - 8/6/02 charges |
| 0000686 - 0000689 | Manatt Phelps correspondence |
| 0000690 - 0000693 | Sikorski Fax 3/1/06 to Lori Pritchard at Fulton forwarding Dr. Arno Fried billings |
| 0000694 - 0000697 | Sikorski Fax 1/10/06 to Lori Pritchard at Fulton forwarding Dr. Fried invoices/claims |
| 0000698 - 0000715 | Sikorski Handwritten Notes (including note 2/03 that Highpoint said payments to be approved by father for signature when he returns from vacation) |
| 0000716 | Sikorski 10/2/03 Letter to FOTEK for a copy of the health plan coverage for Horizon BCBS |
| 0000717 | Sikorski 10/2/03 Letter to SIEBA requesting copy of the health plan coverage for Sieba Preferred Plan |
| 0000718 | MultiPlan, Inc. information with handwritten notes |
| 0000719 - 0000721 | High Point Letter 2/26/03 of COBRA notification and election form |
| 0000722 | Sikorski Fax 4/14/05 to Epilepsy & Neurophysiology requesting oustanding/unpaid balances |
| 0000723 | Sikorski Letter to Sieba 10/2/03 |
| 0000724 - 0000728 | Hackensack Radiology Statements, dunning notices, collection letters |
| 0000729 - 0000737 | Statements, invoices, dunning notices, collection letters from Martin R. Weinberg, Ophthalmology; Horizon EOB |

PLAINTIFFS' INDEX TO DOCUMENTS (BATES STAMPED)

| | |
|---|---|
| 0000738 - 0000744 | Northeast Regional Epilepsy Group Monitoring Report on Catherine Sikorski 3/5/02 to 3/15/02 |
| 0000745 - 0000747 | Neuropsychological Consultation by Kenneth Perrine, Ph.D. of Catherine Sikorski 2/4/02 |