UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| CATHERINE V. SIKORSKI and JOHN SIKORSKI, | : | **07 - CV-3906 CLB** |
| Plaintiffs, | : | |
| -against- | : | |
| FULTON CHEVROLET-CADILLAC CO, INC., FULTON CHEVROLET CO., INC., HIGH POINT CHEVROLET, INC., FULTON/HIGH POINT CHEVROLET GROUP HEALTH BENEFIT PROGRAM, SIEBA, LTD., AVEMCO INSURANCE COMPANY and AVEMCO INSURANCE AGENCY, INC., | | **RULE 7.1. STATEMENT** |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendants, **AVEMCO INSURANCE COMPANY**, **INC**., and **AVEMCO INSURANCE AGENCY**, **INC**., certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held:

**ARIEL FUND (ARGFX)** is a publicly held corporation which owns 10% or more of **HCC INSURANCE HOLDINGS, INC.** stock; and

**HCC INSURANCE HOLDING, INC.,** is a publicly traded corporation.

Dated:   New York, New York
         June 21, 2007

                                    Yours, etc.

                                    WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                    DICKER LLP

                              By:_____s/ Steven Kent_____
                                    Steven Kent (SK-7209)
                                    Attorneys for Defendants
                                    150 East 42nd Street
                                    New York, New York 10017-5639
                                    (212) 490-3000
                                    File No. 06951.00024

2857796.1

TO:    RIDER, WEINER & FRANKEL, P.C.
Attorneys for Plaintiffs
655 Little Britain Road
New Windsor, New York  12553
(845) 562-9100

Fulton Chevrolet-Cadillac Co., Inc.
Route 6 and 17M
Post Office Box 519
Middletown, New York

Fulton Chevrolet, Co., Inc.
500 Route 23
Sussex, New Jersey

High Point Chevrolet, Inc.
500 Route 23
Sussex, New Jersey

Sieba, Ltd.
111 Grant Avenue
Suite 100
Post Office Box 5000
Endicott, New York

Fulton/High Point Chevrolet Group
Health Benefit Program
Route 6 and 17M
Post Office Box 519
Middletown, New York

2857796.1

2857796.1