UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

| | |
|---|---|
| CATHERINE V. SIKORSKI and JOHN SIKORSKI, | : 07 – CIV - 3906 (CLB) (LMS) |
| Plaintiffs, | : |
| -against- | : NOTICE OF VOLUNTARY DISMISSAL WITHOUT |
| FULTON CHEVROLET-CADILLAC CO., INC., FULTON CHEVROLET CO., INC., HIGH POINT CHEVROLET, INC., FULTON/HIGH POINT CHEVROLET GROUP HEALTH BENEFIT PROGRAM, SIEBA, LTD., AVEMCO INSURANCE COMPANY and AVEMCO INSURANCE AGENCY, INC., | : PREJUDICE PURSUANT TO FED. R. CIV. P. 41 |
| Defendants. | : |

---------------------------------------------------------

PLEASE TAKE NOTICE, that pursuant to Fed. R. Civ. P. 41 (a) (1), plaintiffs CATHERINE V. SIKORSKI and JOHN SIKORSKI hereby dismiss without costs to any party and without prejudice their claims in this action against AVEMCO INSURANCE COMPANY and AVEMCO INSURANCE AGENCY, INC.

Dated:   New York, New York
         July 30, 2007

Yours, etc.

RIDER, WEINER & FRANKEL, P.C.

By: _____
Jeffrey S. E. Sculley (JS-7658)
Attorneys for Plaintiffs
CATHERINE V. SIKORSKI and JOHN SIKORSKI
655 Little Britain Road
New Windsor, New York  12553
(845) 562-9100

2894552.2