Exhibit B

PLEASE CASH OR DEPOSIT THE ABOVE CHECK AS SOON AS POSSIBLE AND RETAIN THIS STATEMENT FOR YOUR RECORDS

FUL`ON/HIGHPOINT CHEVROLET

# EXPLANATION OF BENEFITS

| | |
|---|---|
| Claim Number: | SIKOR.0066.0102.0002.02.M.031 |
| Employee SSN: | 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 — DATE PROCESSED 11/14/02 |
| Employee Name: | JOHN J SIKORSKI |
| Patient Name: | CATHERINE V SIKORSKI SPOU |

Claims Administrator:
SIEBA, LTD.
111 Grant Ave, Suite 100
PO Box 5000
Endicott, NY 13761-5000
(607)786-3003
(800)252-4624

| PROVIDER AND DATES OF SERVICE | ACCOUNT NUMBER TYPE OF SERVICE | CHARGE | EXCLUDED OR PENDED | REMARK CODE * | PAYMENT | DEDUCTIBLE | PAY % | PAYMENT | CREDIT | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| ILEPSY & NEUROPHYS | SIKCA004326 | | | | | | | | | |
| 7/12/02 7/31/02 | IP LAB/XRAY INTERPT | 60000.00 | 50100.00 | 102 | | | 100 | 9900.00 | | 9900.00 |
| ILEPSY & NEUROPHYS | | | | | | | | | | |
| 7/13/02 7/14/02 | IP PHYSICIAN VISIT | 700.00 | 420.00 | 102 | | | 100 | 280.00 | | 280.00 |
| ILEPSY & NEUROPHYS | | | | | | | | | | |
| 7/17/02 7/18/02 | IP PHYSICIAN VISIT | 600.00 | 396.00 | 102 | | | 100 | 204.00 | | 204.00 |

| PAYMENTS MADE TO | AMOUNT | CHECK NO. |
|---|---|---|
| PILEPSY & NEUROPHYSIOLOGY (NJ) | 10,384.00 | 49872 |

PROVIDER TAX IDENTIFICATION NUMBER
;4015451



# PROVIDER COPY

Please note the tax payer identification number (TIN) printed on this explanation of benefits to the left. This is the number that will be used to file your 1099-MISC form with the IRS. If the TIN, payee name and/or address are incorrect, please contact the above claims administrator to correct it. Thank you for your cooperation.

| ODE * | REMARKS |
|---|---|
| | 110702 66 3 2 MARYANNE |

To avoid unnecessary delays **ALWAYS** include a claim form stating the Employee's Social Security Number and Group Number or Group Name.

Exhibit C

SIENA LTD

EMPLOYER HIGHPOINT CHEVROLET

R Medical Worksheet

Date Processed
11/21/02

Claimant Information

Claim No: SIKOR004601023002028314
Employee SSN: 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
Claimant: CATHERINE V
Last Name: SIKORSKI

SPOU

JOHN J SIKORSKI
355 KATER WEBER RD
GLENS SPEY NY 12737

----------Benefit Determination----------

| PROVIDER AND DATES OF SERVICE | | BENEFIT DESCRIPTION | CHARGE | EXCLUDED | REMARK CODE | BASIC PAYMENT | MAJ MED DEDUCTIBLE | PAY % | MAJ MED PAYMENT | CREDIT |
|---|---|---|---|---|---|---|---|---|---|---|
| HACKENSACK UNIVERSIT | | | | | | | | | | |
| 7/11/02 | 7/31/02 | NON COVERED PRO SERV | 374642.42 | 374642.42 | 322 | | | | | |

Worksheet Totals 374642.42 374642.42

Payments Made To

| Draft Date | Payee | Amount | Draft# |
|---|---|---|---|
| 11/21/02 | | | |

LOB

| Remark Code | Remark Description | Additional Claim Information |
|---|---|---|
| 322 | CLAIM DENIED.CHARGE/SERVICE LACKS INFORMATION NEEDED FOR PROCESSING 'REQUESTING FROM THE HOSPITAL A REBILL FOR COVERED DATES OF SERVICES FROM 7/11/02 THROUGH 7/31/02.'' | |

30003 00 3

BASE

MAR 04,2004 12:46

607 786 3378