STATE OF NEW YORK        )
                                               ss.:
COUNTY OF ORANGE      )

Cheryl Churney, being duly sworn, deposes and says:

I am not a party of this action, am over 18 years of age, and reside at Newburgh, New York.

On August 15, 2007, I served the within Affidavit in Opposition to Motion to Dismiss of Sieba, Ltd. with Exhibits and Memorandum of Law via first class mail by depositing a true copy thereof in a sealed postage paid envelope in an official depository of the United States Postal Service within the State of New York, addressed to the following person at the last known address:

Richard Golden, Esq.
Burke, Miele & Golden
Attorneys for Dealership Defendants and Group Health Benefit Program
30 Matthews Street, Suite 303A
PO Box 216
Goshen, NY 10924

Peter L. Contini, Esq.
L'Abbate, Balkan, Colavita & Contini, LLP
Attorneys for Defendant Sieba, Ltd.
1001 Franklin Avenue
Garden City, NY 11530

Steven Kent, Esq.
Wilson, Elser, Moskowitz, Edelman, & Dicker, LLP
Attorneys for Avemco Defendants
150 East 42nd Street
New York, NY 10017

_____
Cheryl Churney

Sworn to before me this
15TH day of August, 2007.

_____
Notary Public

CAROL M. SCHEER
Notary Public, State of New York
No. 01SC4742131
Qualified in Orange County
Commission Expires August 31, 20 09

7