*Bruant, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CATHERINE V. SIKORSKI and JOHN SIKORSKI,  :  07 – CIV - 3906 (CLB) (LMS)

                Plaintiffs,  :  *Partial*

    -against-  :  NOTICE OF VOLUNTARY
                                                          DISMISSAL WITHOUT
FULTON CHEVROLET-CADILLAC CO., INC.,  :  PREJUDICE PURSUANT TO
FULTON CHEVROLET CO., INC., HIGH POINT     FED. R. CIV. P. 41 *as to*
CHEVROLET, INC., FULTON/HIGH POINT  :  *AVEMCO INSURANCE Company*
CHEVROLET GROUP HEALTH BENEFIT PROGRAM,     *& Avemco Insurance Agency, Inc*
SIEBA, LTD., AVEMCO INSURANCE COMPANY and  :
AVEMCO INSURANCE AGENCY, INC.,     *& ORDER*

                Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    PLEASE TAKE NOTICE, that pursuant to Fed. R. Civ. P. 41 (a) (1), plaintiffs CATHERINE V. SIKORSKI and JOHN SIKORSKI hereby dismiss without costs to any party and without prejudice their claims in this action against AVEMCO INSURANCE COMPANY and AVEMCO INSURANCE AGENCY, INC.

Dated:   New York, New York
          July 30, 2007

                                  Yours, etc.

                                  RIDER, WEINER & FRANKEL, P.C.

                                  By_____

*So ORDERED.*                        Jeffrey S.E. Sculley (JS-7658)
                                  Attorneys for Plaintiffs
                                  CATHERINE V. SIKORSKI and JOHN
                                  SIKORSKI
                                  655 Little Britain Road
*Clarence Bruant*                 New Windsor, New York 12553
*U.S.D.J.*                                 (845) 562-9100

2894552.2

*dated: August 20, 2007*

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000   Fax: 212.490.3038

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris

www.wilsonelser.com

August 15, 2007

**BY HAND**

Honorable Judge Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re: Catherine V. Sikorski and John Sikorski v.
> Fulton-Chevrolet-Cadillac Co., Inc. et al.
> 07-Civ-3906
> Motion to Dismiss Complaint of Defendant Avemco
> File No. 06951.00024

Dear Judge Breiant:

We are the attorneys for defendants Avemco Insurance Company and Avemco Insurance Agency, Inc. Previously, we had moved on behalf of our clients to dismiss a complaint pursuant to FRCP 12(b)(6).

Counsel for plaintiffs Catherine and John Sikorski, by a filing dated August 14, 2007, voluntarily discontinued their action against the Avemco defendants. Enclosed with this letter is a copy of the Notice of Voluntary Dismissal Without Prejudice Pursuant to FRCP 41, as filed by plaintiffs' counsel.

Owing to the dismissal of plaintiffs' action against the Avemco defendants, we ask the Court to treat Avemco's pending motion to dismiss as having been withdrawn without prejudice.

Should the Court have any questions concerning our request, please contact the undersigned.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Steven Kent

SK:vrd
Enclosures

2918040.1

Page 2

cc:     Jeffrey S.E. Scully, Esq.
        Peter L. Contini, Esq.
        Richard B. Golden, Esq.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
2918040.1