## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the **Answer to Amended Complaint** was served by causing a copy thereto to be mailed on September 7, 2007, in a sealed envelope with postage thereon, in a post-office or official depository of the United States Postal Service within the State of New York, addressed to the last known addresses of the addressees as indicated below:

Jeffrey S.E. Sculley, Esq.
Rider, Weiner & Frankel, PC
655 Little Britain Road
New Windsor, New York 12553

Peter L. Contini, Esq.
L'Abbate, Balkan, Colavita & Contini, LLP
1001 Franklin Avenue, Third Floor
Garden City, New York 11530

Steven Kent, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
150 East 42nd Street
New York, New York 10017-5639

_____
Phyllis A. Ingram, Esq. (0650)
Burke, Miele & Golden, LLP
30 Matthews Street, Suite 303A
P.O. Box 216
Goshen, New York 10924
845-294-4080