# HCC Benefits Corporation

401 Edgewater Place, Suite 400, Wakefield, MA 01880. Telephone: (781) 224-1300. Fax: (781) 245-1012

## SPECIFIC CLAIM NOTIFICATION/INITIAL FILING

X CLAIM NOTIFICATION ______ INITIAL CLAIM

**Account Information**
Plan Sponsor Fulton Chevrolet/HighPoint Chevrolet Carrier AVEMCO

Policy Year 04/01/02-03/31/03 Contract Basis 15/12 Specific Deductible $ 20,000

**Employee Information**
Last/First Sikorski, John J Social Security Number 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

Date of Birth 08/31/1966 Date of Hire 12/11/00 Original Effective Date 02/01/2001

**What is employee's work status?**
x Actively working the required number of hours per week to be considered full-time
__ Retired on ______
__ Disabled and has been out of work from ______ to ______

**Coverage is being continued by the following: (complete as applicable)** CONFIDENTIAL

Sick Time ______ to ______ Vacation Time ______ to ______ MLA ______ to ______
Leave of Absence ______ to ______

__ Terminated coverage on ______ Is COBRA applicable? ______

COBRA effective date ______ COBRA termination date ______

**Claimant Information**
Last/First Sikorski, Catherine Date of Birth 05/29/1967 Relationship spouse 01/01/2002

Sex F Original Effect 01/01/02 Termination Date n/a

Is COBRA applicable? ______ COBRA effective date ______ COBRA termination date ______

(If filing an Initial claim, include COBRA Election form & complete premium verification)

Is the Claimant covered by any other insurance plan? ______ (Auto, Worker's Comp., Group Plan)

Please provide details ______ Eff. date ______ Carrier ______

Eligible for Medicare? n/a Eff. date ______ Disabling condition if under 65 ______

Is Pre-X applicable? no Condition ______
Please provide Pre-X/HIPAA documentation

**Claim Data**
Diagnosis seizure disorder Prognosis negative response to brain surgery

If injury, when, where, & how did it occur? ______

HIGHPOINT CHEVROLET
HIGHPOINT CHEVROLET
Plan 65 102 100

SIEBA LTD
Claim Payment Detail

6/06/02 15:38:19 E011021
Cumulative Reporting

Page

| Claim Number | Employee SSN | Claimant Name | Employee Name | Emp/ Dep | Nature | Pay Code | Date Incurred | Date Paid | Check Number | Pay Code Amount | Total Amount | Hosp Days | Payee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SIKOR00660102000202M007 | 052660287 | CATHERINE V SIKORSKI | JOHN J | SPOU | 44 | 12245 | 3/04/02 | 4/04/02 | 41595 | 101.47 | | | EPILEPSY & NEUROP |
| SIKOR00660102000202M008 | 052660287 | CATHERINE V SIKORSKI | JOHN J | SPOU | 44 | 12204<br>913 | 3/05/02 | 4/18/02 | 42212 | 13,982.60<br>1,057.22- | | 10 | ST AGNES HOSPITAL |
| SIKOR00660102000202M009 | 052660287 | CATHERINE V SIKORSKI | JOHN J | SPOU | 44 | 2240 | 4/01/02 | 4/25/02 | 42516 | 88.00 | | | EPILEPSY & NEUROP |
| SIKOR00660102000202M010 | 052660287 | CATHERINE V SIKORSKI | JOHN J | SPOU | 124 | 2257 | 3/05/02 | 5/16/02 | 43412 | 621.29 | | | MULTIPLAN INC |
| SIKOR00660102000202M011 | 052660287 | CATHERINE V SIKORSKI | JOHN J | SPOU | 92 | 12240 | 5/06/02 | 6/06/02 | 44234 | 134.00 | | | ROSENBLAUM MD, BA |
| SIKOR00660102000202M012 | 052660287 | CATHERINE V SIKORSKI | JOHN J | SPOU | 43 | 12245 | 5/06/02 | 6/06/02 | 44239 | 690.00 | 14,560.14 | | ATLANTIC OPEN MRI |
| | | | | | | | Medical Claim Total | | | | 14,560.14 | | |
| | | | | | | | Division Total | | | | 14,560.14 | | |
| | | | | | | | Plan Total | | | | 14,560.14 | | |

Plan Summary

| 30 Days | 60 Days | 90 Days | Over 90 | Ave # Lag Days | Days | Adm | LOS | Total |
|---|---|---|---|---|---|---|---|---|
| 88.00 | 13,850.85 | 621.29 | .00 | 38.8 | 10 | 1 | 10.0 | 14,560.14 |

CONFIDENTIAL

From: KATZ, Kate Rogers 4/11/02 11:11a

To: KAREN, Karen Baxendale Fulton

we have a stop loss claimant-Catherine Sikorski who has a 13,000.00 dollar hospical stay with potential more to come. She is a spouse-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 with the dx of seizure disorders, she had brain surgery to correct it and now it is not working. Shes only in her 30's.

CONFIDENTIAL

# HCC Benefits Corporation

[illegible] Place, Suite [illegible], Wakefield, Massachusetts [illegible], Telephone (781) [illegible], Fax (781) [illegible]

Subrogation applicable? ____________ Please provide details ____________

Primary Physician ____________ Telephone # ____________

Has Large Case Management been implemented? yes ____________ Vendor HealthBest

$ 15,517.36 included NYHCRA surcharge

Claims Paid YTD $____________ Claims Pending YTD $ ____________ Future Liability YTD$____________

**If filing for Initial Claim Submission**

Total TPA Paid $____________
Less Specific Deductible $____________
Payment Requested $____________

**If this is an initial claim submission, I hereby certify that, to the best of my knowledge, after reasonable inquiry; (1) that the information stated herein is correct; (2) that the claim has been processed and is eligible in accordance with the Plan Sponsor Benefit Plan; (3) that all the indicated expenses have actually been unconditionally paid by, or on behalf of the Plan as required by the Stop-Loss Contract, except as specifically disclosed in the attached Simultaneous Funding form, if any.**

Claims Administrator: SIEBA, LTD

Address: 111 Grant Ave., Ste 100, PO Box 5000, Endicott, NY 13671-5000

Phone:( 607 ) 786-3003 ext. 330 Fax:( 607 ) 786-3537

Completed By: Karen Baxendale

Date: 6-6-02

CONFIDENTIAL

Cumulative Claim Payment Detail Report Parameters

| Parameter | Value |
| --- | --- |
| Beginning Plan | 66 102 |
| Ending Plan | 66 102 |
| Beginning Claim Division | |
| Ending Claim Division | 99990 |
| Beginning Basic Paycode | |
| Ending Basic Paycode | 99999 |
| Beginning Major Medical Paycode | |
| Ending Major Medical Paycode | 95999 |
| Beginning Credit 1 Paycode | |
| Ending Credit 1 Paycode | 99999 |
| Beginning Credit 2 Paycode | |
| Ending Credit 2 Paycode | 99999 |
| Beginning Nature Code | |
| Ending Nature Code | 99999 |
| Beginning Paid Date | 40102 |
| Ending Paid Date | 60702 |
| Beginning Incurred Date | 10102 |
| Ending Incurred Date | 33103 |
| Least Total Claim Dollar To Include | |
| Beginning EDS Name | SIKOR |
| Ending EDS Name | SIKOR |
| Beginning EDS Code | 2 |
| Ending EDS Code | 2 |