Subj: **Fulton High Point**
Date: 07/22/2002 9:44:04 AM Eastern Daylight Time
From: krh@theAnchorGroup.net
To: mmillea@hccbenefits.com
CC: ltpkjp@aol.com, kworts@hphyundai.com, richard.dobell@sieba.com
*Sent from the Internet (Details)*

This is to confirm that this client is canceling stop-loss coverage effective 7-31-02. If you have any questions please call me.

Thanks,

Ken

---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.377 / Virus Database: 211 - Release Date: 7/15/02