UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CATHERINE V. SIKORSKI AND JOHN SIKORSKI,

                  Plaintiffs,

-against-

FULTON CHEVROLET-CADILLAC CO., INC.
FULTON CHEVROLET CO., INC., HIGH POINT
CHEVROLET, INC., FULTON/HIGHPOINT
CHEVROLET GROUP HEALTH BENEFIT
PROGRAM, SIEBA, LTD. AND JOHN DOES "1"
THROUGH "3," WHOSE IDENTITIES ARE
CURRENTLY UNKNOWN.

                  Defendants.

7:07-CV-3906 (CLB)(LMS)

**DEFENDANTS FULTON CHEVROLET-CADILLAC CO., INC., FULTON CHEVROLET CO., INC., HIGH POINT CHEVROLET, INC., FULTON/HIGHPOINT CHEVROLET GROUP HEALTH BENEFIT PROGRAM'S ANSWER TO CO-DEFENDANT SIEBA'S CROSS-CLAIM**

-----------------------------------------------------------------X

      Defendants, sued herein as FULTON CHEVROLET-CADILLAC CO., INC., (herein after "Fulton Cadillac") FULTON CHEVROLET CO., INC., (herein after "Fulton Chevrolet") HIGH POINT CHEVROLET, INC., (herein after "High Point") and FULTON/HIGHPOINT CHEVROLET GROUP HEALTH BENEFIT PROGRAM, ("the Plan") by their attorneys, Burke, Miele & Golden, LLP as and for their answer to the Co-Defendant Sieba's Cross-Claim set forth as follows:

    1.    Deny the allegations stated or contained in paragraph 47, 48, and 50.

    2.    Deny knowledge or information sufficient to form a belief as to the truth of falsity of the allegations contained or stated in paragraph 49.

    Defendants Fulton Chevrolet-Cadillac Co., Inc., Fulton Chevrolet Co., Inc., High Point Chevrolet, Inc., and Fulton/Highpoint Chevrolet Group Health Benefit Program demand judgment dismissing the cross-claim and granting Defendant the relief requested

requested in the Answer to the Amended Complaint, and for such other and further relief as to the Court may seem just and proper.

Dated: September 13, 2007
       Goshen, New York

Yours, etc.,

BURKE, MIELE & GOLDEN, LLP

By: *[signature]*

Michael K. Burke, Esq. (7554)
Attorneys for Defendants/Third Party Plaintiffs, the Plan and Fulton/High Point Chevrolet

30 Matthews Street, Suite 303A
P.O. Box 216
Goshen, New York 10924
845-294-4080

To: Jeffrey S.E. Sculley, Esq.
Rider, Weiner & Frankel, PC
*Attorneys for Plaintiff*
655 Little Britain Road
New Windsor, New York 12553
(845) 562-9100

Peter L. Contini, Esq.
L'Abbate, Balkan, Colavita & Contini, LLP
*Attorneys for Sieba, Ltd.*
1001 Franklin Avenue, Third Floor
Garden City, New York 11530
(516) 294-8844