

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

Peter L. Contini
Partner
pcontini@lbcclaw.com
Ext. 6320



September 11, 2007

Honorable Charles L. Brieant
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
Room 275
White Plains, New York  10601

     Re:    Sikorski v. Fulton Chevrolet-Cadillac Co., Inc., et al.
             **Docket No.:  07 Civ. 3906 (CLB) (LMS)**
             Our File No.:  980 90521

Dear Sir:

     This firm represents defendant, Sieba, Ltd., in the above-referred matter. In response to the complaint filed by the plaintiff, we served and filed a pre-answer motion to dismiss together with a motion for a stay of disclosure proceedings pending the determination of the motion to dismiss. Both motions are returnable on September 14th. Following the service and filing of our motions, the plaintiffs amended their complaint. While we do not believe there are any evidentiary facts to support a valid claim against defendant, Sieba, Ltd., we believe the better course at this time is to withdraw our motion to dismiss and our motion for a stay and to litigate this case with a view towards filing a motion for summary judgment at a later point in time. Accordingly, we hereby request that our motion to dismiss be withdrawn without prejudice and likewise that our motion for a stay of proceedings be withdrawn. We will file and serve an answer to the amended complaint and proceed with discovery proceedings accordingly. This case is scheduled for a conference before Your Honor on September 14th.

                                                     Very truly yours,

                                                     Peter L. Contini

PLC/kl

*[Handwritten margin notations, including: "Application granted. Motions Doc #22 and #24 are deemed withdrawn. So Ordered. Sept 13, 2007" and "Charles Brieant U.S.D.J." with "Memo Endorsed" stamp]*

cc: Jeffrey S.E. Sculley, Esq.
   Rider, Weiner & Frankel, P.C.
   655 Little Britain Road
   New Windsor, New York  12553

   Richard Golden, Esq.
   Burke, Miele & Golden, LLP
   30 Matthews Street, Suite 303A
   P. O. Box 216
   Goshen, New York  10924


R:\CPWin\History\070829_0001\F8FC.39

