UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CATHERINE V. SIKORSKI AND JOHN SIKORSKI,   7:07-CV-3906 (CLB)(LMS)

                              Plaintiffs,

  -against-

FULTON CHEVROLET-CADILLAC CO., INC.
FULTON CHEVROLET CO., INC., HIGH POINT
CHEVROLET, INC., FULTON/HIGHPOINT
CHEVROLET GROUP HEALTH BENEFIT
PROGRAM, SIEBA, LTD. AND JOHN DOES "1"
THROUGH "3," WHOSE IDENTITIES ARE
CURRENTLY UNKNOWN.

                              Defendants.

**DEMAND FOR JURY TRIAL ON DEFENDANTS/THIRD PARTY PLAINTIFFS FULTON CHEVROLET-CADILLAC CO., INC., FULTON CHEVROLET CO., INC., HIGH POINT CHEVROLET, INC., FULTON/HIGHPOINT CHEVROLET GROUP HEALTH BENEFIT PROGRAM'S THIRD PARTY COMPLAINT**

-------------------------------------------------------------------X

      Pursuant to Fed.R.Civ.P 38, Defendant Fulton is demanding a jury trial for Defendant/Third Party Plaintiff Fulton Chevrolet-Cadillac Co., Inc., Fulton Chevrolet Co., Inc., High Point Chevrolet, Inc., Fulton/Highpoint Chevrolet Group Health Benefit Program's ("Fulton") Cross-Claims against Co-Defendant Sieba and demands a jury trial for all claims contained in Fulton's Third Party Complaint against Ken Hutchings and The Anchor Group.

Dated: September 17, 2007
       Goshen, New York

                          Yours, etc.,

                          **BURKE, MIELE & GOLDEN, LLP**

By: _/s/ Michael K. Burke_
                         Michael K. Burke, Esq. (7554)
                         Attorneys for Defendants/Third Party
                         Plaintiffs, the Plan and Fulton/High
                         Point Chevrolet

                         30 Matthews Street, Suite 303A
                         P.O. Box 216
                         Goshen, New York 10924
                         845-294-4080

To:    Jeffrey S.E. Sculley, Esq.
        Rider, Weiner & Frankel, PC
        *Attorneys for Plaintiff*
        655 Little Britain Road
        New Windsor, New York 12553
        (845) 562-9100

        Peter L. Contini, Esq.
        L'Abbate, Balkan, Colavita & Contini, LLP
        *Attorneys for Sieba, Ltd.*
        1001 Franklin Avenue, Third Floor
        Garden City, New York 11530
        (516) 294-8844

        The Anchor Group
        P.O. Box 200
        Marcellus, New York 13108

        Ken Hutchings
        P.O. Box 200
        Marcellus, New York 13108