UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CATHERINE V. SIKORSKI AND JOHN SIKORSKI

                              Plaintiffs,          07 CIV 3906 (CLB)(LMS)

-against-

FULTON CHEVROLET-CADILLAC CO., INC.
FULTON CHEVROLET CO., INC., HIGH POINT      RULE 7.1 STATEMENT
CHEVROLET, INC., SIEBA, LTD., FULTON/HIGH
POINT CHEVROLET GROUP HEALTH BENEFIT
PROGRAM and JOHN DOES "1" THROUGH "3",

                              Defendants.
-------------------------------------------------------------------X

       Defendants, Fulton Chevrolet-Cadillac Co., Inc., Fulton Chevrolet Co., Inc., High Point Chevrolet, Inc., and Fulton/High Point Chevrolet Group Health Benefit Program by their attorneys, Burke, Miele & Golden, LLP, as and for its disclosure statement required by Fed. R. Civ. P. 7.1 sets for the following:

       Fulton-Chevrolet Cadillac Co., Inc. does not have any parent corporation and no publicly held corporation owns 10% or more of its stock. Fulton-Chevrolet Co., Inc.'s corporate name was changed by amendment to its certificate of incorporation to Fulton Chevrolet-Cadillac Co. Inc. High Point Chevrolet, Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: October 11, 2007
      Goshen, New York

                        Respectfully submitted,

                        Burke, Miele & Golden, LLP

By: *[signature]*
                        Michael K. Burke, Esq.
                        *Attorneys for Fulton Chevrolet-*
                        *Cadillac Co., Inc., Futon Chevrolet*
                        *Co. Inc., High Point Chevrolet, Inc.*
                        *Fulton/High Point Chevrolet Group*
                        *Health Benefit Program*
                        30 Matthews Street, Suite 303A
                        Post Office Box 216
                        Goshen, New York 10924
                        845-294-4080