UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
CATHERINE V. SIKORSKI and JOHN SIKORSKI,    07-CIV-3906 (CLB) (LMS)

        Plaintiffs,

  -against-    **STIPULATION AND ORDER**

FULTON CHEVROLET-CADILLAC CO, INC.,
FULTON CHEVROLET CO., INC., HIGH POINT
CHEVROLET, INC., FULTON/HIGH POINT
CHEVROLET GROUP HEALTH BENEFIT
PROGRAM, SIEBA, LTD., AVEMCO
INSURANCE COMPANY and AVEMCO
INSURANCE AGENCY, INC.,
---------------------------------------------------------x
FULTON CHEVROLET-CADILLAC, INC.,
HIGH POINT CHEVROLET, INC. and
FULTON/HIGH POINT CHEVROLET GROUP
HEALTH BENEFIT PROGRAM ("the Plan"),

        Third-Party Plaintiffs,

  -against-

THE ANCHOR GROUP AND KEN HUTCHINGS,

        Third-Party Defendants.
---------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys on behalf of their respective clients, that the time for the third-party defendants THE ANCHOR GROUP, LLC, sued herein as THE ANCHOR GROUP, and KEN HUTCHINGS to answer the third-party complaint or otherwise move for relief is extended until October 25, 2007

IT IS HEREBY FURTHER STIPULATED AND AGREED that the stipulation may be signed in counterparts and such signatures be delivered via facsimile or e-mail, and may be filed by facsimile or electronically with the Court.

Dated: New York, New York
October 10, 2007

SULLIVAN & MANAREL, LLP
Attorneys for Third-Party Defendants
THE ANCHOR GROUP, LLC, s/h/a THE
ANCHOR GROUP, and KEN HUTCHINGS

By: _____
Robert M. Sullivan (0257)
1350 Broadway – Suite 1001
New York, New York 10018
(212) 695-0910

BURKE, MIELE & GOLDEN, LLP
Attorneys for Third-Party Plaintiffs
FULTON CHEVROLET-CADILLAC,
INC., HIGH POINT CHEVROLET, INC.
and FULTON/HIGH POINT CHEVROLET
GROUP HEALTH BENEFIT PROGRAM
("the Plan")

By: _____
Michael K. Burke (7554)
30 Matthews Street – Suite 303A
Post Office Box 216
Goshen, New York 10924
(845) 294-4080

SO ORDERED:

By: _____
U.S.D.J.

2

## Sullivan & Manarel, LLP

1350 Broadway, Suite 1001
New York, New York 10018
Telephone: (212) 695-0910
Telefax: (212) 695-0915
General@SMPnylaw.com

Robert M. Sullivan
Michael R. Manarel
—
Frederick M. Klein
Sara B. Feldman
Suzanne M. Saia
Jason J. Guiliano

David H. Paige,
B. Jennifer Jaffee,
Of Counsel
—
Offices in
Newark, New Jersey
And Fairfield, Connecticut

October 12, 2007

**Via Telecopier Only (914) 390-4085**

Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    Catherine Sikorski, et al. v. Fulton-Chevrolet-Cadillac, Co.,
             Inc., et al. and a Third-Party Action
             Docket No.: 07-Civ.-3906 (CLB) (LMS)
             Our File No. 03-333

Dear Judge Brieant:

       This office has just been retained to represent the Third-party defendants in the above action, The Anchor Group and Ken Hutchings.

       We respectfully request an extension of time to interpose an answer to the Third-party complaint from October 15, 2007 to October 25, 2007. Our client resides in upstate New York and we need to obtain his file materials and interview him before we can properly interpose an answer.

       We are aware that the Court has scheduled a conference for October 26, 2007 and thus we believe that an extension request will not cause any delay in the current schedule.

       We have spoken to Third-party plaintiff's counsel, Michael Burke, who was kind enough to consent to the adjournment, with the Court's permission.

Honorable Charles L. Brieant
October 12, 2007
Page 2

    We are providing herewith a proposed Stipulation and Order granting the extension for the Court's approval.

Respectfully submitted,

SULLIVAN & MANAREL, LLP

By: *Robert M. Sullivan* (signature)

Robert M. Sullivan

RMS:cln
Enclosure

    **Via Telecopier Only**
cc:  Michael K. Burke, Esq.  **(914) 294-7673**
    Burke, Miele & Golden, LLP
    Attorneys for Third-Party Plaintiffs
    30 Matthews Street – Suite 303A
    Goshen, New York 10924

    Jeffrey S.F. Sculley, Esq. **(845) 562-9126**
    Rider, Weiner & Frankel, PC
    655 Little Britain Road
    New Windsor, New York 12553

    Peter L. Contini, Esq.  **(516) 294-8202**
    L'Abbate, Balkan, Colavita & Contini, LLP
    1001 Franklin Avenue, Third Floor
    Garden City, New York 11530