UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CATHERINE V. SIKORSKI and JOHN SIKORSKI,

|  |  |
|---|---|
| Plaintiffs, | CIVIL ACTION NO.<br>7:07-CV-3906<br>(CLB)(LMS) |

-against-

FULTON CHEVROLET-CADILLAC., INC.
FULTON CHEVROLET CO., INC., HIGH POINT
CHEVROLET, INC., FULTON/HIGH POINT
CHEVROLET GROUP HEALTH BENEFIT
PROGRAM, SIEBA, LTD., AND JOHN DOES          **NOTICE OF**
"1" THROUGH "3" WHOSE IDENTITIES ARE         **APPEARANCE**
CURRENTLY UNKNOWN,

                              Defendants.
-------------------------------------------------------------------------X
FULTON CHEVROLET-CADILLAC CO., INC.
HIGHPOINT CHEVROLET, INC. AND FULTON/
HIGHPOINT CHEVROLET GROUP HEALTH
BENEFIT PROGRAM ("the Plan"),

                    Third-Party Plaintiffs,

          -against-

THE ANCHOR GROUP and KEN HUTCHINGS,

                    Third-Party Defendants.
-------------------------------------------------------------------------X

PLEASE TAKE NOTICE that Sullivan & Manarel, LLP, hereby appear as

counsel for The Anchor Group, LLC, sued herein as The Anchor Group ("Anchor"), and

Ken Hutchings ("Hutchings"), third-party defendants in the above-entitled action. All

papers should be served upon Sullivan & Manarel, LLP at its office located at 1350

Broadway, Suite 1001, New York, New York 10018 and electronic filing should be

forwarded by e-mail to: rsullivan@smpnylaw.com.

Dated: New York, New York
      October 25, 2007

                            SULLIVAN & MANAREL, LLP

By:            _Robert M. Sullivan_

                  Robert M. Sullivan (RS-0257)
                  Attorneys for Third-Party Defendants
                  THE ANCHOR GROUP, LLC, sued herein
                  as THE ANCHOR GROUP and KEN HUTCHINGS
                  1350 Broadway, Suite 1001
                  New York, New York 10018-7702
                  (212) 695-0910
                  Our File No.: 03-333

TO:

BURKE, MIELE & GOLDEN, LLP
Attorneys for Defendant/Third-Party Plaintiff
Fulton Chevrolet-Cadillac Co., Inc.,
Fulton Chevrolet Co., Inc.,
Highpoint Chevrolet Co. Inc. and
Fulton/High Point Chevrolet
Group Health Benefit Program
30 Matthews Street, Suite 303A
P.O. Box 216
Goshen, New York 10924
(845) 294-4080
Attn: Richard Golden, Esq.

RIDER, WEINER & FRANKEL, P.C
Attorneys for Plaintiff
655 Little Britain Road
New Windsor, New York 12553
(845) 562-9100
Attn: Jeffrey S.E. Sculley, Esq.

L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP
Attorneys for Sieba Ltd.
1001 Franklin Avenue, Third Floor
Garden City, New York 11530
(516)294-8844
Attn: Peter L. Contini, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via Notice of Electronic

Filing for parties, or counsel, who are registered to receive electronic filings.

Robert M. Sullivan (RS0257)