UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CATHERINE V. SIKORSKI and JOHN SIKORSKI,

                          Plaintiffs,                  CIVIL ACTION NO.

-against-                                           7:07-CV-3906
                                                            (CLB)(LMS)

FULTON CHEVROLET-CADILLAC., INC.
FULTON CHEVROLET CO., INC., HIGH POINT
CHEVROLET, INC., FULTON/HIGH POINT                    
CHEVROLET GROUP HEALTH BENEFIT                     **RULE 7.1 STATEMENT**
PROGRAM, SIEBA, LTD., AND JOHN DOES
"1" THROUGH "3" WHOSE IDENTITIES ARE
CURRENTLY UNKNOWN,

                          Defendants.

-----------------------------------------------------------------------X
FULTON CHEVROLET-CADILLAC CO., INC.
HIGHPOINT CHEVROLET, INC. AND FULTON/
HIGHPOINT CHEVROLET GROUP HEALTH
BENEFIT PROGRAM ("the Plan"),

                          Third-Party Plaintiffs,

-against-

THE ANCHOR GROUP and KEN HUTCHINGS,

                          Third-Party Defendants.
-----------------------------------------------------------------------X

        COME NOW Third-party defendants, The Anchor Group, LLC, sued herein as The Anchor Group and Ken Hutchings, by their attorneys Sullivan & Manarel, LLP state as follows, pursuant to Rule 7.1:

        1.       The Anchor Group LLC does not have a parent corporation.

        2.       There is no publicly held corporation that owns 10% or more of The Anchor Group's stock.

Dated: New York, New York
October 25, 2007

SULLIVAN & MANAREL, LLP

By: _____
Robert M. Sullivan (RS-0257)
Attorneys for Third-Party Defendants
THE ANCHOR GROUP, LLC, sued herein
as THE ANCHOR GROUP
KEN HUTCHINGS
1350 Broadway, Suite 1001
New York, New York 10018-7702
(212) 695-0910
Our File No.: 03-333

TO:

BURKE, MIELE & GOLDEN, LLP
Attorneys for Defendant/Third-Party Plaintiff
Fulton Chevrolet-Cadillac Co., Inc.,
Fulton Chevrolet Co., Inc.,
Highpoint Chevrolet Co. Inc. and
Fulton/High Point Chevrolet
Group Health Benefit Program
30 Matthews Street, Suite 303A
P.O. Box 216
Goshen, New York 10924
(845) 294-4080
Attn: Richard Golden, Esq.

RIDER, WEINER & FRANKEL, P.C
Attorneys for Plaintiff
655 Little Britain Road
New Windsor, New York 12553
(845) 562-9100
Attn: Jeffrey S.E. Sculley, Esq.

L'ABBATE, BALKAN, COLAVITA & CONTINI, LLP
Attorneys for Sieba Ltd.
1001 Franklin Avenue, Third Floor
Garden City, New York 11530
(516)294-8844
Attn: Peter L. Contini, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via Notice of Electronic Filing for parties, or counsel, who are registered to receive electronic filings.

_____
Robert M. Sullivan (RS0257)