RIDER, WEINER & FRANKEL, P.C.
ATTORNEYS & COUNSELLORS AT LAW
655 LITTLE BRITAIN ROAD
NEW WINDSOR, NEW YORK 12553

(MAILING ADDRESS:)
POST OFFICE BOX 2280
NEWBURGH, NEW YORK 12550
TEL. (845) 562-9100
FAX (845) 562-9126

DAVID L. RIDER
CHARLES E. FRANKEL
MICHAEL J. MATSLER
MAUREEN CRUSH
MARK C. TAYLOR
RODERICK E. DE RAMON
MICHELLE F. RIDER (NY AND FL)
DONNA M. BADURA
M. JUSTIN RIDER (NY AND FL)
SHAY A. HUMPHREY
JEFFREY S.E. SCULLEY (NY AND IL)

M J RIDER (1996-1968)
ELLIOTT M. WEINER (1925-1990)

STEPHEN P. DUGGAN, III
BRUCE C. DUNN, SR.
COUNSEL

CRAIG F. SIMON
OF COUNSEL

firm@riderweiner.com
www.riderweiner.com

December 21, 2007

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: Sikorski v. Fulton-Chevrolet Cadillac, et al.
    Docket No.: 07 Civ 3906 (CLB)(LMS)
    Our File No. 3477.1

[Handwritten notation: Adj'd to 3/28/08 / So Ordered / Jan 8, 2008 / Charles L. Brieant / USDJ]

Dear Judge Brieant:

  We are counsel for the plaintiffs Catherine and John Sikorski. I write on behalf of all counsel for the parties in this action to apprise the Court of the progress we are making in disclosure and to apply to the Court for a rescheduling of the status conference date from January 18, 2008 to a later date in early March.

  Virtually all documents have been exchanged and we have completed most of the depositions. We have had to reschedule several due to the recent bad weather. The main reason for our request is that our mediator, Lewis Tesser, Esq., had to reschedule the mediation date we had all agreed upon for December 13, 2007 due to a family illness. The next available date for Mr. Tesser and all the parties is not until February 13 or 14, 2008, for various reasons. Mr. Contini, counsel for defendant Sieba, will be away from the area from January 5th through January 17th 2008 and has a trial the last week of January. I will be actually engaged in a state court trial in Dutchess Supreme starting January 16, 2008 through approximately January 24, 2008. Mr. Sullivan, representing defendant Anchor, will be engaged in a trial the week of February 4, 2008. Due to the holiday season, the last week of December 2007 is also not feasible.

RIDER, WEINER & FRANKEL, P.C.

Hon. Charles L. Brieant
December 21, 2007
Page 2

      If it pleases the Court, a rescheduled status conference perhaps two or three weeks after the mediation is respectfully requested. If the mediation is successful, we will promptly notify you.

                                 Sincerely,

                                 Michael J. Matsler

MJM/fr

cc:    Michael Burke, Esq.
        Peter Contini, Esq.
        Robert M. Sullivan, Esq.
        Timothy Wan, Esq.
        Lew Tesser, Esq.
        Mr. & Mrs. John Sikorski