## RIDER, WEINER & FRANKEL, P.C.

### ATTORNEYS & COUNSELLORS AT LAW

DAVID L. RIDER
CHARLES E. FRANKEL
MICHAEL J. MATSLER
MAUREEN CRUSH
MARK C. TAYLOR
RODERICK E. DE RAMON
MICHELLE F. RIDER (NY AND FL)
DONNA M. BADURA
M. JUSTIN RIDER (NY AND FL)
SHAY A. HUMPHREY
JEFFREY S.E. SCULLEY (NY AND FL)

655 LITTLE BRITAIN ROAD
NEW WINDSOR, NEW YORK 12553
———
(MAILING ADDRESS:)
POST OFFICE BOX 2280
NEWBURGH, NEW YORK 12550
TEL. (845) 562-9100
FAX (845) 562-9126

M.J. RIDER (1906-1968)
ELLIOTT M. WEINER (1915-1990)
———
STEPHEN P. DUGGAN, III
BRUCE C. DUNN, SR.
COUNSEL
———
CRAIG F. SIMON
OF COUNSEL

firm@riderweiner.com
www.riderweiner.com

January 9, 2008

Via Facsimile: 212-754-5906

Lewis Tesser, Esq.
Tesser & Ryan, LLP
509 Madison Avenue, 10th Floor
New York, New York 10022

> Re:   Sikorski v. Fulton Chevrolet, et al.
>        Docket No.: 07-civ-3906
>        Our File No. 3477.1

Dear Mr. Tesser:

Judge Brieant's chambers called me yesterday, and asked me to notify you and all parties that the court has granted our request to adjourn the court conference scheduled for January 18, 2008 to March 28, 2008 at 9:30 a.m. This will be a final conference.

I look forward to meeting with you and counsel for the other parties at our mediation on February 13, 2008 at 11:00 a.m., as per the amended notice dated January 8, 2008 which I received yesterday.

Sincerely,

Michael J. Matsler

MJM/fr

cc:   Hon. Charles L. Brieant (Fax: 914-390-4085)
      Peter Contini, Esq. (Fax: 516-294-8202)
      Michael Burke, Esq. (Fax: 845-294-7673)
      Robert Sullivan, Esq. (212-695-0915)
      Mr. & Mrs. Sikorski