RIDER, WEINER & FRANKEL, P.C.
ATTORNEYS & COUNSELLORS AT LAW

655 LITTLE BRITAIN ROAD
NEW WINDSOR, NEW YORK 12553

(MAILING ADDRESS:)
POST OFFICE BOX 2280
NEWBURGH, NEW YORK 12550
TEL. (845) 562-9100
FAX (845) 562-9126

DAVID L. RIDER
CHARLES E. FRANKEL
MICHAEL J. MATSLER
MAUREEN CRUSH
MARK C. TAYLOR
RODERICK E. DE RAMON
MICHELLE F. RIDER (NY AND PA)
DONNA M. BADURA
M. JUSTIN RIDER (NY AND PA)
SHAY A. HUMPHREY
JEFFREY S.E. SCULLEY (NY AND NJ)

M.J. RIDER (1906-1968)
ELLIOTT M. WEINER (1915-1990)

STEPHEN P. DUGGAN, III
BRUCE C. DUNN, SR.
COUNSEL

CRAIG F. SIMON
OF COUNSEL

firm@riderweiner.com
www.riderweiner.com

March 27, 2008

Via Facsimile: 914-390-4085

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Sikorski v. Fulton-Chevrolet Cadillac, et al.
      Docket No.: 07 Civ 3906 (CLB)(LMS)
      Our File No. 3477.1

Dear Judge Brieant:

    We are counsel for the plaintiffs Catherine and John Sikorski. I write on behalf of all counsel for the parties in this action to apprise the Court that our mediator, Lewis Tesser, has successfully negotiated a settlement to which all parties have agreed. The parties have entered into settlement stipulations pursuant to which payments will be made to the undersigned as counsel for the plaintiffs, to be held in escrow until all payments and releases have been received. The Fulton defendants are to tender their payment and releases to the undersigned no later than May 15, 2008; the other defendants are to send payment within thirty (30) days of receipt of all releases.

    Once all payments and releases have been received by the undersigned, the hospital will be paid and will issue its releases to all parties. In that the Fulton defendants have until May 15, 2008 by which to tender their payment and releases, the parties have agreed to execute a Rule 41 stipulation of dismissal, without prejudice, which is enclosed for the Court to so-order.

RIDER, WEINER & FRANKEL, P.C.

Hon. Charles L. Brieant
March 27, 2008
Page 2

      We have been informed by your deputy clerk Alice Cama that, in light of the settlement, the case will be closed and the parties will have thirty (30) days for leave to reopen the case to enforce the terms of the settlement should any problems arise. I also confirm that the parties will not need to appear as previously scheduled on March 28, 2008.

                    Sincerely,

                    Michael J. Matsler

:crc
Enc.
cc:   Michael Burke, Esq. (Fax: 294-7673)
       Peter Contini, Esq. (Fax: 516-294-8202)
       Robert M. Sullivan, Esq. (Fax: 212-695-0915)
       Timothy Wan, Esq. (Fax: 631-493-0189)
       Lew Tesser, Esq. (Fax: 212-754-5906)
       Mr. & Mrs. John Sikorski