UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————X
CATHERINE V. SIKORSKI AND JOHN SIKORSKI          STIPULATION OF DISMISSAL
                                                 PURSUANT TO RULE 41(a)(1)(ii)
                    Plaintiffs,

    -against-

FULTON CHEVROLET-CADILLAC CO., INC.,
FULTON CHEVROLET CO., INC., HIGH POINT           07 Civ 3906 (CLB)(LMS)
CHEVROLET, INC., FULTON/HIGH POINT
CHEVROLET GROUP HEALTH BENEFIT PROGRAM,
SIEBA, LTD., and JOHN DOES "1" through "3", WHOSE
IDENTITIES ARE CURRENTLY UNKNOWN,

                    Defendants.
—————————————————————————X
FULTON CHEVROLET-CADILLAC CO., INC.,
HIGHPOINT CHEVROLET, INC. and FULTON/
HIGH POINT CHEVROLET GROUP HEALTH
BENEFIT PROGRAM ("the Plan"),

                    Third-Party Plaintiffs,

    -against-

THE ANCHOR GROUP AND KEN HUTCHINGS,

                    Third-Party Defendants.
—————————————————————————X

    PLEASE TAKE NOTICE that, pursuant to Federal Rule of the Civil Procedures 41(a)(1)(ii), the complaint and the third-party complaint herein, together with all counterclaims and cross-claims, are hereby voluntarily dismissed without prejudice, with the consent of all parties, including defendant third-party plaintiffs Fulton Chevrolet-Cadillac Co., Inc., Highpoint Chevrolet, Inc. and Fulton/High Point Chevrolet Group Health Benefit Program and third-party defendants The Anchor Group and Ken Hutchings.

PLEASE TAKE FURTHER NOTICE that this Stipulation of Dismissal may be executed in counterpart original signatures.

Dated: March __, 2008

Rider, Weiner & Frankel, P.C.
Attorneys for Plaintiffs
655 Little Britain Road
New Windsor, NY 12553
(845)562-9100

By: _____
Michael J. Matsler (MM8139)

The Sullivan Law Group, LLP
Attorneys for Third-Party Defendants
1350 Broadway, Suite 1001
New York, NY 10018
(212)695-0910

By: _____
Robert M. Sullivan (RS0257)

L'Abbate, Balkan, Colavita & Contini, LLP
Attorneys for Defendant Sieba, Ltd.
1001 Franklin Avenue
Garden City, NY 11530
(516)294-8844

By: _____
Peter L. Contini (PC 0169)

Burke, Miele & Golden, LLP
Attorneys for Fulton Defendants/Third Party Plaintiffs
30 Matthews Street, Suite 303A
Goshen, NY 10924
(845)294-7673

By: _____
Michael K. Burke (MB7554)

So-Ordered:

_____
Hon. Charles L. Brieant
USDJ

March 28, 2008
Date

2

PLEASE TAKE FURTHER NOTICE that this Stipulation of Dismissal may be executed in counterpart original signatures.

Dated: March __, 2008

| | |
|---|---|
| Rider, Weiner & Frankel, P.C. | The Sullivan Law Group, LLP |
| Attorneys for Plaintiffs | Attorneys for Third-Party Defendants |
| 655 Little Britain Road | 1350 Broadway, Suite 1001 |
| New Windsor, NY 12553 | New York, NY 10018 |
| (845)562-9100 | (212)695-0910 |
| By: _____ | By: _____ |
| Michael J. Matsler (MM8139) | Robert M. Sullivan (RS0257) |
| | |
| L'Abbate, Balkan, Colavita & Contini, LLP | Burke, Miele & Golden, LLP |
| Attorneys for Defendant Sieba, Ltd. | Attorneys for Fulton Defendants/Third Party Plaintiffs |
| 1001 Franklin Avenue | 30 Matthews Street, Suite 303A |
| Garden City, NY 11530 | Goshen, NY 10924 |
| (516)294-8844 | (845)294-7673 |
| By: _____ | By: _____ |
| Peter L. Contini (PC 0169) | Michael K. Burke (MB7554) |

So-Ordered:

_____     _____
Hon. Charles L. Brieant                Date

PLEASE TAKE FURTHER NOTICE that this Stipulation of Dismissal may be executed in counterpart original signatures.

Dated: March __, 2008

Rider, Weiner & Frankel, P.C.  
Attorneys for Plaintiffs  
655 Little Britain Road  
New Windsor, NY 12553  
(845)562-9100

By: _____  
Michael J. Matsler (MM8139)

The Sullivan Law Group, LLP  
Attorneys for Third-Party Defendants  
1350 Broadway, Suite 1001  
New York, NY 10018  
(212)695-0910

By: *[signature]*  
Robert M. Sullivan (RS0257)

L'Abbate, Balkan, Colavita & Contini, LLP  
Attorneys for Defendant Sieba, Ltd.  
1001 Franklin Avenue  
Garden City, NY 11530  
(516)294-8844

By: _____  
Peter L. Contini (PC 0169)

Burke, Miele & Golden, LLP  
Attorneys for Fulton Defendants/Third Party Plaintiffs  
30 Matthews Street, Suite 303A  
Goshen, NY 10924  
(845)294-7673

By: _____  
Michael K. Burke (MB7554)

So-Ordered:

_____  
Hon. Charles L. Brieant

_____  
Date

2

PLEASE TAKE FURTHER NOTICE that this Stipulation of Dismissal may be executed in counterpart original signatures.

Dated: March __, 2008

Rider, Weiner & Frankel, P.C.
Attorneys for Plaintiffs
655 Little Britain Road
New Windsor, NY 12553
(845)562-9100

By: _____
Michael J. Matsler (MM8139)

The Sullivan Law Group, LLP
Attorneys for Third-Party Defendants
1350 Broadway, Suite 1001
New York, NY 10018
(212)695-0910

By: _____
Robert M. Sullivan (RS0257)

L'Abbate, Balkan, Colavita & Contini, LLP
Attorneys for Defendant Sieba, Ltd.
1001 Franklin Avenue
Garden City, NY 11530
(516)294-8844

By: _____
Peter L. Contini (PC 0169)

Burke, Miele & Golden, LLP
Attorneys for Fulton Defendants/Third Party Plaintiffs
30 Matthews Street, Suite 303A
Goshen, NY 10924
(845)294-7673

By: *Michael K. Burke* /s/
Michael K. Burke (MB7554)

So-Ordered:

_____        _____
Hon. Charles L. Brieant              Date

2